IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEREMY JEFFERSON
#252972                                                                                                  PLAINTIFF

v.                              Case No. 4:22-cv-01025-LPR-JJV

SHAQUITA McFADDEN, Officer,
Pulaski County Regional Detention Facility, et al.                        DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("PRD") from United States Magistrate Judge Joe J. Volpe.[1] No objections have been filed, and the time to do so has expired. After a *de novo* review of the PRD and careful consideration of the record, the Court approves and adopts the PRD in its entirety as its findings and conclusions in all respects.

Accordingly, Mr. Jefferson's claims against Defendants Daniels, Parker, Grant, Hussien, and Calloway are DISMISSED without prejudice due to a lack of service. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

IT IS SO ORDERED this 27th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Partial Recommended Disposition (Doc. 43).